IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

2007 DEC 21 A 8: 14

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Antonio D. Hardy 186522
Plaintiff(s)

vs.

2:07cv1110-WKW

State of Alabama
Defendant(s)

I, Antonio D. Hardy 186522, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   NA

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( ) NO (✓)

   B. Rent payments, interest or dividends? YES ( ) NO (✓)

   C. Pensions, annuities or life insurance payments? YES ( ) NO (✓)

   D. Gifts or inheritances? YES ( ) NO (✓)

   E. Any other sources? YES (✓) NO ( )

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
   My father Johnnie M. Hardy $30.00 dollars from time to time and Cynthia Hardy my sister $25.00 dollars from time to time when they have it.

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (✓)

   If the answer is YES, state the total value of the items owned.
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. Noone cause I can't support myself.
   _____
   _____
   _____

                                           _Antonio D. Hardy 186522_
                                           Signature of Affiant

STATE OF ALABAMA     )
COUNTY OF Barbour    )

Before me, a notary public in and for said County, in said State, personally appeared _Antonio Hardy_, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                           _Antonio Hardy_
                                           Signature of Affiant

Sworn to and subscribed before me this _18th_ day of _December_, _2007_

                                           _Carolyn R. Abercrombie_
                                           Notary Public
                                           My Commission Expires 06/06/2011

_Barbour_ County, Alabama

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-19/07
       (date)

_Antonio D. Hardy #186522_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ .44 on account to his credit at the _Ventress_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_N/A_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $ _See_ on the 1st day of _attached_
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_Computed monthly balances attached_

_Ross_
Authorized Officer of Institution

DATE  12/17/07

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC


 AIS #: 186522     NAME: HARDY, ANTONIO DEMETRIUS     AS OF: 12/17/2007

                    # OF       AVG DAILY        MONTHLY
          MONTH     DAYS        BALANCE         DEPOSITS
---------------------------------------------------------------------

           DEC       14         $17.68           $85.00
           JAN       31         $14.48            $0.00
           FEB       28         $31.92          $140.00
           MAR       31         $19.18           $70.00
           APR       30         $11.81           $70.00
           MAY       31          $8.77          $110.00
           JUN       30          $8.91          $110.00
           JUL       31          $9.70          $100.00
           AUG       31          $7.56          $115.00
           SEP       30          $9.45           $70.00
           OCT       31          $5.54          $120.00
           NOV       30         $25.72          $205.00
           DEC       17         $20.60           $20.00
```